UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JULIE SOLIS, individually, and on behalf of all other similarly situated.<br><br>    Plaintiff,<br><br>v.<br><br>WFC LIMITED PARTNERSHIP d/b/a WORLD FINANCE CORPORATION,<br><br>    Defendant. | Case No. 5:20-cv-00404-OLG |

## NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff, JULIE SOLIS, individually, and on behalf of all other similarly situated, voluntarily dismisses Defendant, WFC LIMITED PARTNERSHIP d/b/a WORLD FINANCE CORPORATION, without prejudice from this action with each party to bear its own attorney's fees and costs. This notice of voluntary dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

DATED: May 28, 2020

Respectfully submitted,

**JULIE SOLIS**

By: */s/ Joseph S. Davidson*

Mohammed O. Badwan
Joseph S. Davidson
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
mbadwan@sulaimanlaw.com
jdavidson@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Texas by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Joseph S. Davidson*